254 So.2d 617

### Succession of Annie STAGGERS.

### No. 51888.

Nov. 23, 1971.

In re: Mrs. Alice Staggers Schmidt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 254 So.2d 289.

Application not considered. Not timely filed. See Art. 7, Section 11, La.Const. 1921.

■

254 So.2d 617

### Cyprien BROUSSARD

v.

### HEEBE'S BAKERY, INC., et al.

### No. 51881.

Dec. 2, 1971.

In re: Cyprien Broussard applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 254 So.2d 284.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.